IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ACHILLEFS "LUCKY" SCOURAS,

    Plaintiff,

v.                                          CIVIL ACTION NO. 2:14-24363

AMEREX ENVIRONMENTAL
TECHNOLOGIES, INC., a foreign
corporation, AMEREX
ENVIRONMENTAL SERVICES, INC., a
foreign corporation, JOSEPH PIRCON,
individually and in his capacity as an
officer of Amerex Corporation, and
BRIAN MCMAHON, individually and in
his capacity as an officer of Amerex
Corporation,

    Defendants.

### NOTICE OF REMOVAL

TO:    The Honorable Cathy Gaston, Clerk        Stephen B. Farmer (WVSB #1165)
          Circuit Court of Kanawha County           Matthew H. Nelson (WVSB #10140)
          Kanawha County Courthouse               453 Suncrest Town Drive, Suite 300
          111 Court Street                                   Morgantown, WV 26505
          Charleston, WV 25301

        Notice is hereby given to you in accordance with the provisions of 28 U.S.C. § 1446 that Defendants Amerex Environmental Technologies, Inc., Amerex Environmental Services, Inc., Joseph Pircon, and Brian McMahon ("Defendants") hereby remove this action to the United States District Court for the Southern District of West Virginia on the following grounds:

        1.     On July 7, 2014, Kelsey Reo accepted delivery of an Amended Summons and First Amended Complaint by Certified Mail on behalf of Joseph Pircon and Brian McMahon,

respectively, in an action commenced in the Circuit Court of Kanawha County, West Virginia, styled "*Achillefs 'Lucky' Scouras v. Amerex Environmental Technologies, Inc., Amerex Environmental Services, Inc., Joseph Pircon, and Brian McMahon*, Civil Action No. 14-C-537."[1] Accordingly, this Notice of Removal is filed within 30 days of receipt of notice of the Amended Summons and First Amended Complaint as permitted by 28 U.S.C. § 1446(b). Copies of the Amended Summons, First Amended Complaint, and Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants that were accepted by Ms. Reo on behalf of Mr. Pircon and Mr. McMahon are attached hereto as Exhibit A. A copy of the docket sheet and all other documents identified thereon and on file with the Circuit Court of Kanawha County, West Virginia are attached hereto as Exhibit B.[2]

    2. This is a civil action of which this Court has original jurisdiction because Plaintiff's First Amended Complaint involves complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds the jurisdictional amount. *See* 28 U.S.C. § 1332.

    3. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place in which the state court action was pending.

    4. Plaintiff is a resident of West Virginia. (*See* First Am. Compl. at ¶ 1.)

---

[1] Also on July 7, 2014, copies of the Amended Summons and First Amended Complaint addressed to Amerex Corporation were delivered to Amerex Corporation c/o Joseph Pircon at 201 Houston Street, Batavia, Illinois 60510. However, pursuant to the First Amended Complaint, Amerex Corporation has been voluntarily dismissed from this action. To date, Defendants Amerex Environmental Technologies, Inc. and Amerex Environmental Services, Inc. have not been served with the Amended Summons and First Amended Complaint.

[2] Although the docket sheet and other documents attached thereto reflect that Plaintiff previously attempted to serve Mr. Pircon and Mr. McMahon through the West Virginia Secretary of State, Mr. Pircon and Mr. McMahon state that they did not receive notice of the attempted service. Rather, both Mr. Pircon and Mr. McMahon first learned of this civil action after Kelsey Reo signed for the Certified Mail delivery of the Amended Summons and First Amended Complaint on July 7, 2014.

5. Defendant Amerex Environmental Technologies, Inc. is a corporation incorporated under the laws of the State of Illinois with its principal place of business in Batavia, Illinois. (*See* First Am. Compl. at ¶ 2.) Defendant Amerex Environmental Services, Inc. is a corporation incorporated under the laws of the State of Illinois with its principal place of business in Batavia, Illinois. (*See id.* at ¶ 2.) Defendant Joseph Pircon is a resident of the State of Illinois. (*See id.* at ¶ 3.) Defendant Brian McMahon is a resident of the State of Illinois. (*See id.* at ¶ 4.) Accordingly, all Defendants are citizens of Illinois.

6. Because Plaintiff is a citizen of West Virginia and Defendants are citizens of Illinois, pursuant to 28 U.S.C. § 1332(a)(1), diversity of citizenship exists between the parties inasmuch as Plaintiff and Defendants are citizens of different states.

7. Although Defendants dispute the merits of Plaintiff's entitlement to any recovery, the First Amended Complaint and this Notice of Removal establish that the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs.

8. Plaintiff seeks to recover damages allegedly stemming from the termination of his employment, tortious interference with business relations, and violation of the West Virginia Wage Payment and Collection Act. (*See* Compl.)

9. The *ad damnum* clause of Plaintiff's First Amended Complaint does not seek a specific monetary amount. Thus, when determining the amount in controversy, "a court looks to the totality of the circumstances, including the complaint, the type and extent of the plaintiff's injuries, the amounts awarded in similar cases, and losses incurred to date of removal. Properly analyzed, a court is not to use this information to estimate the amount a jury would award the plaintiff assuming he prevails, but rather to estimate what a reasonable plaintiff would demand or claim." *Scaralto v. Ferrell*, 826 F. Supp. 2d 960, 968 (S.D.W. Va. 2011).

10. Plaintiff's First Amended Complaint seeks a variety of damages, including, but not limited to:

    a. "Judgment for a sum of money equal to back pay and benefits owing to Plaintiff since the date of injury" (*See* First Am. Compl. at ¶ *ad damnum* clause);

    b. Compensatory Damages (*Id.*);

    c. Punitive Damages (*Id.*);

    d. Attorney's fees and costs, as well as all court costs and expenses and any other damage or expense or fee allowed by law (*Id.*); and,

    e. Reinstatement or front pay (*Id.*).

11. Based on the allegations contained in Plaintiff's First Amended Complaint, the damages Plaintiff seeks to recover, the nature of the recovery in similar cases, and the fact that the alleged damages sought could be recoverable for some of the claims Plaintiff brings in his First Amended Complaint if he was to prevail, Defendants assert that the amount in controversy is greater than $75,000.00.

12. Based on the foregoing, "competent proof" exists, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See Asbury-Casto v. GlaxoSmithKline, Inc.*, 352 F. Supp. 2d 729, 731 (N.D.W. Va. 2005) (quoting *Chase v. Shop 'N Save Warehouse Foods*, 110 F.3d 424, 427 (7th Cir. 1997)).

13. The state court action, therefore, is an action over which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332. Thus, the state court action is properly removable pursuant to 28 U.S.C. § 1441(a) to the district court of the United States embracing the place where such action is pending.

14. The United States District Court for the Southern District of West Virginia embraces the district in which the state court action is now pending. The case is properly removed to this District Court because the state court action is pending in Kanawha County, West Virginia.

15. Defendants have complied with all provisions of 28 U.S.C. § 1446 governing the process for removal.

16. After filing this Notice of Removal, Defendants will promptly provide written notice of the filing to Plaintiff and to the Clerk of the Circuit Court of Kanawha County, West Virginia where the state court action is pending.

WHEREFORE, Defendants Amerex Environmental Technologies, Inc., Amerex Environmental Services, Inc., Joseph Pircon, and Brian McMahon respectfully pray that the entire state court action be removed from the Circuit Court of Kanawha County, West Virginia to the United States District Court for the Southern District of West Virginia at Charleston.

Respectfully submitted this 4th day of August, 2014.

AMEREX ENVIRONMENTAL
TECHNOLOGIES, INC., AMEREX
ENVIRONMENTAL SERVICES, INC.,
JOSEPH PIRCON, and BRIAN MCMAHON,

**By Counsel**

/s/ Joseph U. Leonoro
Joseph U. Leonoro (WVSB # 10501)
Attorney for Defendants
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
304-353-8000
304-353-8180 facsimile
Email: Joseph.Leonoro@Steptoe-Johnson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ACHILLEFS "LUCKY" SCOURAS,

    Plaintiff,

v.                                                                                    CIVIL ACTION NO. _____

AMEREX ENVIRONMENTAL
TECHNOLOGIES, INC., a foreign
corporation, AMEREX
ENVIRONMENTAL SERVICES, INC., a
foreign corporation, JOSEPH PIRCON,
individually and in his capacity as an
officer of Amerex Corporation, and
BRIAN MCMAHON, individually and in
his capacity as an officer of Amerex
Corporation,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of August, 2014, I have electronically filed "NOTICE OF REMOVAL" with the Clerk of the Court using the CM/ECF system, and on this same day have served a copy of "NOTICE OF REMOVAL" upon counsel of record by depositing a true copy thereof in the United States mail, postage prepaid, in envelopes addressed as follows:

Stephen B. Farmer (WVSB #1165)
Matthew H. Nelson (WVSB #10140)
453 Suncrest Town Drive, Suite 300
Morgantown, WV 26505
304-225-5990
304-225-5980 facsimile
sbfarmer@fcclaw.net
mhnelson@fcclaw.net
*Counsel for Plaintiff*

/s/ Joseph U. Leonoro
Joseph U. Leonoro (WVSB # 10501)
Attorney for Defendants
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
304-353-8000
304-353-8180 facsimile
Email: Joseph.Leonoro@Steptoe-Johnson.com

6654931